UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DILENIA PAGUADA,                                                        :
                                                                        :
                              Plaintiff,                                :
                                                                        :          20-CV-5523 (JMF)
            -v-                                                         :
                                                                        :          ORDER
SALTON APPLIANCES (1985) CORPORATION,                                   :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that there is no proof of service on the docket, and Defendant has not appeared, the initial pretrial conference currently scheduled for November 3, 2020, *see* ECF No. 5, is adjourned to **December 8, 2020**, at **3:30 p.m.**  Plaintiff shall promptly docket proof of service if or when the summons and complaint have been served.

      SO ORDERED.

Dated: October 26, 2020
      New York, New York

                                             JESSE M. FURMAN
                                          United States District Judge