UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                           :

DILENIA PAGUADA,                    :

                       :

                    Plaintiff,        :

                       :           20-CV-5523 (JMF)

        -v-                 :

                       :          ORDER OF DISMISSAL

SALTON APPLIANCES (1985) CORPORATION,  :

                       :

                   Defendant.    :

                       :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Amended Complaint in this action was filed on August 13, 2020.  On November 30, 2020, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure — or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days.  *See* ECF No. 13.  The Court notified Plaintiff that if she did not show good cause — or file anything — by December 14, 2020, the Court would dismiss the Complaint.  *Id.*  Plaintiff did not file anything by the deadline.

       Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: December 15, 2020
       New York, New York                              _____
                                              JESSE M. FURMAN
                                   United States District Judge